IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LLOYD AND DANIELLE NEAL, JAMES P. TROY, and DAVID M. SABATO and MITZI B. SABATO as trustees of SABATO DAVID M AND SABATO MITZI B 2017 REVOCABLE TRUST,<br><br>    Plaintiffs,<br><br>vs.<br><br>GREENFIELDS IRRIGATION DISTRICT; FORT SHAW IRRIGATION DISTRICT; UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF RECLAMATION, and DOES A-E,<br><br>Defendants. | Cause No. CV-21-106-GF-BMM-JTJ<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO APPEAR REMOTELY** |

THIS MATTER comes before the Court on United States' Unopposed Motion for Leave to Appear Remotely for Motion Hearing on June 24, 2024.

Accordingly, IT IS HEREBY ORDERED that: the Unopposed Motion for Leave to Appear Remotely for the Motion Hearing on June 24, 2024, is GRANTED. Trial Attorney Andrew Warner may appear remotely and will contact the Clerk of Court's office in the Great Falls Division for the Zoom link.

1

DATED this 18th day of June, 2024.

_____
Brian Morris, Chief District Judge
United States District Court